IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02212-WDM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$5,565.000 IN UNITED STATES CURRENCY, and
GUADALUPE RASCON-CHAVEZ,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2010.**

      Plaintiff's Unopposed Motion to Vacate (and Reset) Status Conference [filed January 5, 2009; docket #14] is **granted**. The Status Conference currently scheduled in this case for January 7, 2010, is **vacated and rescheduled** for **March 4, 2010**, at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall be prepared to discuss whether scheduling is necessary in this matter.