IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-2212-WDM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,565.00 IN UNITED STATES CURRENCY, and
GUADALUPE RASCON-CHAVEZ,

    Defendants.

_____

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE
_____

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Michael E. Hegarty, issued September 20, 2010 (ECF No. 30), on Plaintiff's Motion to Strike Answer and Enter Judgment (ECF No. 22). Plaintiff has not objected to this recommendation and is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the recommendation and agree with its analysis.

Accordingly, it is ordered:

1.    The recommendation issued September 20, 2010, by Magistrate Judge Hegarty is accepted.

2.    Plaintiff's Motion to Strike Answer and Enter Judgment (ECF No. 22) is granted.

3.    Judgment shall enter in favor of the United States of America forfeiting to it

$5,565.00 in United States currency.

DATED at Denver, Colorado, this 20th day of October, 2010.

BY THE COURT:

_____
Walker D. Miller
Senior United States District Judge